IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANTHONY LOGAN BARRETT PLAINTIFF

v. Case No. 1:26-cv-1005

OFFICER WOODBERRY; and
OFFICER TATE DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 25. Judge Singleton recommended that Defendants' Motion for Summary Judgement (ECF No. 16) be granted and that this case be dismissed without prejudice. Judge Singleton explained that the record shows that Plaintiff failed to exhaust his administrative remedies prior to bringing his claims in this Court, which precludes his claims from being heard under 42 U.S.C. § 1997e(a). Plaintiff has not objected to the R&R, and the time to do so has passed. See 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 25) in its entirety. Accordingly, Defendants' Motion for Summary Judgement (ECF No. 16) is hereby **GRANTED**. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 16th day of November, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge